# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

**FILED**

MAR 13 2017

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| KURT W. BLASENA,<br><br>      Plaintiff,<br><br>vs.<br><br>CENTRAL BANK, Storm Lake, IA, and all other persons unknown, claiming or who might claim any right, title estate, or interest in or lien or encumbrance upon the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiffs' title thereto, whether such claim or possible claim be present or contingent,<br><br>      Defendants. | No. CV-16-48-BU-SEH<br><br>**ORDER** |

Pretrial procedures in this Court have been revised since the Orders setting and resetting the preliminary pretrial conference in this case were issued and now include the obligation of each party to address, with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1) when filing a preliminary pretrial statement.

ORDERED:

Each party shall file a preliminary pretrial statement consistent with the filing requirements of this Order on or before March 21, 2017.

All other matters and deadlines in the Court's Orders of December 9, 2016,[1] and January 10, 2017,[2] remain in full force and effect.

DATED this 13th day of March, 2017.

SAM E. HADDON
United States District Court

---

[1] Doc. 11.

[2] Doc. 16.