**FILED**

APR 20 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BUTTE DIVISION

| | |
|---|---|
| KURT W. BLASENA, <br><br> Plaintiff <br><br> v. <br><br> CENTRAL BANK, Storm Lake, IA, and all other persons unknown, claiming or who might claim any right, title estate, or interest in or lien or encumbrance upon the real property described in the Complaint adverse to Plaintiff's ownership, or any cloud upon Plaintiffs' title thereto, whether such claim or possible claim be present or contingent, <br><br> Defendants <br><br> CENTRAL BANK, Storm Lake, IA <br><br> Counterclaimant/Third Party Plaintiff, <br><br> v. | Cause No. CV-16-48-SEH <br><br><br> **ORDER OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| KURT W. BLASENA, | ) |
| | ) |
| Counterclaim Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| TODD BLASENA and MICHELLE BLASENA, | ) |
| | ) |
| Third Party Defendants. | ) |

A Stipulation for Dismissal having been filed with the Court and good cause appearing,

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice, as fully settled upon its merits. Each party shall be responsible for its own costs and attorney fees.

Dated this 20th day of April, 2017.

*Sam E. Haddon*
Sam E. Haddon
United States District Judge